## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

J&J Sports Productions, Inc.,

                Plaintiff,        Civ. Nos.    10-4796 (RHK/JJK)
                                                        10-4797 (RHK/JJK)

v.

Victor Hernandez, *et al.*,              **ORDER**

                Defendants.

---

These matters are before the Court *sua sponte*. Defendants have filed Motions for Judgment on the Pleadings in these cases, which have now been fully briefed. Having reviewed the parties' submissions, the Court does not believe that oral argument will materially assist its resolution of the Motions. Accordingly, **IT IS ORDERED** that the hearing on Defendants' Motions (Doc. Nos. 52, 56, and 60 in Civ. No. 10-4796; Doc. Nos. 38, 42, and 46 in Civ. No. 10-4797), currently set for Friday, January 27, 2012, is **CANCELED**. The Motions are deemed submitted as of January 20, 2012, the date of Defendants' Reply Memoranda.

Dated: January 24, 2012                                      s/Richard H. Kyle
                                                            RICHARD H. KYLE
                                                            United States District Judge